UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Valerie Fries,**<br><br>          Plaintiff,<br><br>     v.<br><br>**Hacienda Hotel, Inc., Rubicon B. Hacienda LLC**; and Does 1-10, Inclusive,<br><br>          Defendants. | Case No. 2:14-cv-07128-BRO-SS<br><br>**Order re: Stipulation for Settlement and Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)**<br><br>*[Proposed] Order filed concurrently herewith* |

# ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice with the Court retaining jurisdiction over any disputes relating to the Settlement Agreement. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 7, 2015

By: _____
        HON. BEVERLY REID O'CONNELL
        United States District Court Judge